No. 02–1073. KING v. SCHOOL BOARD OF BROWARD COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–1078. TEAMSTERS AUTOMOBILE TRANSPORT CHAUFFEURS, DEMONSTRATORS, AND HELPERS LOCAL UNION No. 604 v. ALLIED SYSTEMS, LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–1084. LANDI v. HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–1085. MACASPAC v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1090. CASTILLO v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 02–1105. BEKHOR ET AL. v. JOSEPHTHAL GROUP, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1109. VICARY v. CALIFORNIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–1116. DALO v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–1120. BURR v. ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 02–1126. NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC. v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 02–1127. TENNER v. WALKER, SHERIFF, JEFFERSON COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1133. PORTER v. ENGLAND, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 02–1134. HASKELL v. PWS HOLDING CORP. ET AL. C. A. 3d Cir. Certiorari denied.